JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE MONTOYA, an individual, | Case No.: 5:26-cv-00517-KK-ACCV |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO  DISMISS CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)** |
| vs. | |
| ALDI INC., an Illinois Corporation; AI CALIFORNIA LLC, a Delaware Limited Liability Company; JUNIOR GRANADO, an individual; and DOES 1 through 10, inclusive, | |
| | Complaint Served:  Jan. 6, 2026 |
| Defendants. | Removal Filed:    Feb. 5, 2026 |

ORDER GRANTING JOINT STIPULATION TO DISMISS CASE 5:26-cv-00517-KK-ACCV

In consideration of the Parties' Joint Stipulation to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its own fees and costs. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED:**

Dated: March 18, 2026          By: _____

HON. KENLY KIYA KATO UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING JOINT STIPULATION TO DISMISS CASE 5:26-cv-00517-KK-ACCV